JUDGE PRESKA

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :

           -v.-                     :

TARIK IBN OSMAN SHAH,               :
     a/k/a "Tarik Shah,"
     a/k/a "Tarik Jenkins,"         :
     a/k/a "Abu Musab," and
RAFIQ SABIR,
     a/k/a "the Doctor,"

                    Defendants.     :

                                    :
- - - - - - - - - - - - - - - - - -x
```

**05 CRIM. 673**

### COUNT ONE

The Grand Jury charges:

1.  From at least in or about December 2001, up to and including in or about May 2005, in the Southern District of New York and elsewhere, TARIK IBN OSMAN SHAH, a/k/a "Tarik Shah," a/k/a "Tarik Jenkins," a/k/a "Abu Musab," and RAFIQ SABIR, a/k/a "the Doctor," the defendants, and others known and unknown, unlawfully and knowingly combined, conspired, confederated and agreed together and with each other, within the United States, to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A, to a foreign terrorist organization, namely, al Qaeda.

(Title 18, United States Code, Section 2339B.)

_____          _____
FOREPERSON                         DAVID N. KELLEY
                                   United States Attorney

6/27/05 - Indictment returned before KNF and assigned to LAP.

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

- v -

TARIK IBN OSMAN SHAH,
    a/k/a "Tarik Shah,"
    a/k/a "Tarik Jenkins,"
    a/k/a "Abu Musab," and
RAFIQ SABIR,
    a/k/a "the Doctor,"

**Defendants.**

### INDICTMENT

05 Cr.

(Title 18, United States Code, Section 2339B.)

_____
DAVID N. KELLEY
United States Attorney.

*Betye Bradley*

A TRUE BILL