# EDWARD D. WILFORD

Attorney at Law
**20 Vesey Street - Suite 400**
**New York, New York 10007**
**(212) 528-2741 Fax (212) 964-2926**

April 15, 2007

<u>**VIA ELECTRONIC FILING**</u>
Karl Metzner, Esq.
Jennifer Rodgers, Esq.
Assistant United States Attorneys
One Saint Andrews Plaza
Silvio Mollo Building
New York, New York 10007

      Re:    *United States v. Rafiq Sabir*
                *05 Cr. 673*

Dear Mr. Metzner:

      The defendant submits this letter to provide a summary of the proposed testimony of Dr. Hill.

      Dr. Hill will testify early risks to healthy adult development contribute to Dr Sabir's current actions as opposed to setting out to conspire with al Qaeda, Dr. Sabir was acting to address unmet basic developmental needs and was making poor decisions as a result of damaging developmental experiences.  Further Dr. Hill will testify Dr. Sabir's association with Tarik Shah is an example of hungering for the support and attachment to significant figure in his life.  Indeed. This is a common need for support and acceptance which all of us have. However, Dr. Sabir's need as to and how to obtain this support and acceptance was dramatically affected by poor judgment and a pattern of self sabotage which grew out of detrimental childhood experiences.

      Dr. Hill will testify to the following:

      1)  Our choices as an adult grow out of a series of learning experiences in childhood. We all learn how to make good choices and use good judgement which in turn help determine our behavior as adults. Furthermore our ability to learn how to make good choices and exercise good judgement  depend on the extent to which we had a solid  foundation of stability, healthy relationships, and guidance from adults who can model good decision making. These are some of the critical building blocks which  we must have to function in our own best interest as adults.

      2)  A major loss of these critical building blocks and especially in more than one can have a profoundly negative effect on our behavior as adults. The presence of ongoing family dysfunction and parental mental illness are critical risks to the healthy development of a child and

hence the healthy functioning of an adult.

   3)  During the defendant's development as a child he had to contend with chaotic parenting from a mentally ill mother creating dysfunction and instability in his family and the absolute lack of critical guidance and support from a father figure. Consequently  these childhood risks set the foundation for a life long pattern.

   4)  Dr. Sabir's ability to make good decisions as an adult and his ability to exercise good judgment were seriously impaired by these detrimental experiences at critical points in his development.  These types of childhood risks would set the stage for poor judgement and poor decision making of the type which brings him into court today.  He is acting in the interest of trying to fulfill basic developmental needs which went lacking and exercised faulty judgment which has characterized his entire life.

   5)  The instability in Dr. Sabir's youth and lack of support from parental figures  created a life long hunger to be connected to meaningful relationships. The need to feel the support from a brother and/or father. He has had an on going quest to fulfill a need most of us have to feel support and acceptance from others.

   6)  Dr. Sabir was thus vulnerable to his current association with Tarik Shah as he grew to see Shah as the brother and father figure he never had and acted in ways to please him in order to get the basic support he never had as a child. However coupled with Dr. Sabir's self sabotaging style of decision making and his risky developmental experiences he chose a relationship which proved to be disastrous.

   7) Dr. Hill will also give specific instances from Dr. Sabir's life history that illustrate the conclusions reached by Dr. Hill.

   As expressed in the defendant's previous letter providing expert notice and the defendant's previous *in limine* motion the above testimony is relevant, material will assist the jury, satisfies the *Daubert* test and is clearly admissible.


                                   Respectfully submitted,



                                   Edward D. Wilford

EDW/nes
cc:     Dr. Rafiq Sabir