# EDWARD D. WILFORD

Attorney at Law
20 Vesey Street - Suite 400
New York, New York 10007
(212) 528-2741 Fax (212) 964-2926

May 9, 2007

**VIA HAND DELIVERY**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Shah et al*
              05 Cr. 673 (LAP)

Dear Judge Preska:

      I am writing to the court to request that the court reconsider its decision to continue the trial on Friday. After we had adjourned for the day I spoke with my client Dr. Rafiq Sabir regarding the court's decision to have court on Friday. I was reminded by Dr. Sabir that Friday is the day of religious services for persons of the Islamic faith.

      As the court is aware the request not to have court on Fridays was not a request that was made for counsel's convenience but out of consideration for Dr. Sabir's First Amendment right to freedom of religion.

      Thus the court's decision to continue the trial on Friday has the dual impact of infringing on Dr. Sabir's First Amendment rights as well as having the additional impact of preventing a significant number of Dr. Sabir's supporters who happen to be Islamic as well from being able to be present for the closing arguments in a trial that they have consistently attended.

      Therefore it is respectfully requested that the court reconsider its decision with respect to continuing the trial on Friday.

                                                              Respectfully submitted,

                                                              *Edward D. Wilford*
                                                              Edward D. Wilford

EDW/nes