

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, NY 10007*

March 30, 2022

**By ECF**
Honorable Loretta A. Preska
United States District Judge
Southern District of New York

      **Re:**   *United States v. Tarik Ibn Osman Shah et al.*, **05 Cr. 673 (LAP)**

Dear Judge Preska:

      The Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney on the above-captioned docket. After April 1, 2022, the undersigned will no longer be employed by the United States Attorney's Office for the Southern District of New York.

                                      Respectfully submitted,

**SO ORDERED**

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

3/30/22

                                    DAMIAN WILLIAMS
                                    United States Attorney

by: _____
                                    Benjamin Woodside Schrier
                                    Assistant United States Attorney
                                    Southern District of New York
                                    (212) 637-1062

cc: Defense Counsel (by ECF)